IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04CR537 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION FOR |
| | ) | PERMISSION TO FILE RESPONSE |
| LEVAR JOHNSON, | ) | IN OPPOSITION TO DEFENDANT'S |
| | ) | REQUEST FOR SENTENCE |
| | ) | REDUCTION UNDER 18 U.S.C. § |
| Defendant. | ) | 3582(c)(2) UNDER SEAL |

The government moves this Court for an Order permitting it's response in opposition to the defendant's motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) be filed under seal. The defendant sought and obtained this Court's permission to file its motion under seal because it contains sensitive information pertaining to the defendant's personal history. The defendant has further requested that any responsive pleadings be filed under seal.

Accordingly, the government requests that this Court permit leave to file its response under seal.

        Respectfully submitted,

        STEVEN M. DETTELBACH
        United States Attorney

By:  s/Roger S. Bamberger
     Roger S. Bamberger
     Assistant United States Attorney
     Registration No. 0033885
     400 United States Court House
     801 West Superior Ave
     Cleveland, Ohio 44113
     Telephone: 216-622-3881
     Facsimile: 216-522-7499
     Roger.Bamberger@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

>s/Roger S. Bamberger
>Roger S. Bamberger
>Assistant U.S. Attorney